286 P.2d 15]

[S. F. No. 19208.   In Bank.   July 29, 1955.]

FOSTER'S LUNCH SYSTEM, LTD. (a Corporation), Appellant, v. WILLIAM A. BURKETT, as Director of Employment, etc., Respondent.

Fabian D. Brown for Appellant.

Edmund G. Brown, Attorney General, Irving H. Perluss, Assistant Attorney General, William L. Shaw and Vincent P. Lafferty, Deputy Attorneys General, for Respondent.

THE COURT.—This appeal presents the same problem as that disposed of in *Manning's, Inc.* v. *Burkett, ante,* p. 43 [286 P.2d 13], decided this day, and that decision is controlling here.

The judgment is reversed.